### PAYNE v. STATE.

(Court of Criminal Appeals of Texas.　Feb. 28, 1912.)

CRIMINAL LAW (§ 1144*)—APPEAL—PRESUMPTIONS—ABSENCE OF RECORD.

In the absence of a statement of facts, the Court of Criminal Appeals will presume that all of the law applicable to the evidence was charged.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2736–2781, 2901, 3016–3037; Dec. Dig. § 1144.*]

Appeal from District Court, Grayson County; J. M. Pearson, Judge.

Goner Payne was convicted of assault to murder, and he appeals.　Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J.　Appellant was indicted, tried, and convicted of the offense of assault to murder, and his punishment assessed at two years' confinement in the state penitentiary.

There is no statement of facts in the record, the indictment is sufficient, and the court in his charge submits the offense for which he was indicted. In the absence of a statement of facts, we presume the court submitted the law, and all the law, applicable to the testimony introduced.

Judgment affirmed.